## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALFREDA HYSON** * | |
| **2907 26TH Street, N.E.** * | |
| **Washington, DC 20018** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v.  * | Case No.: 1:08 cv 00979 |
| * | Judge Henry H. Kennedy |
| **ARCHITECT OF THE CAPITOL** * | |
| * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * * * * | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by certified mail, return receipt requested to the defendant by and through **U.S. Attorney, Jeffrey A. Taylor, or his designated representative, on July 14, 2008**. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:    /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFREDA HYSON                         *
2907 26TH Street, N.E.          *
Washington, DC 20018                  *
                                      *
    Plaintiff,                        *
                                      *
        v.                            *     Case No.: 1:08 cv 00979
                                      *     Judge Henry H. Kennedy
ARCHITECT OF THE CAPITOL              *
                                      *
                                      *
    Defendant.                        *
* * * * * * * * * * * * * * * * * * * *

## PROOF OF SERVICE ON U.S. ATTORNEY, JEFFREY A. TAYLOR

## EXHIBIT A

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUL 14 2008

1. Article Addressed to:
US Attorney, Jeffrey
A. Taylor, or his
designated representative
Judiciary Center Building
555 Fourth St NW
Washington,
DC 20530

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0001 8890 2143

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540