IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALFREDA HYSON** | * | |
| 2907 26TH Street, N.E. | * | |
| Washington, DC 20018 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:08 cv 00979 |
| | * | Judge Henry H. Kennedy |
| **ARCHITECT OF THE CAPITOL** | * | |
| | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * | | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by certified mail, return receipt requested to the defendant by and through **Attorney General, Michael B. Mukasey, or his designated representative, on July 16, 2008**. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                              Respectfully submitted,

               By:    ___/s/ *Donna Williams Rucker*_____
                        Donna Williams Rucker, Esquire
                        D<small>U</small>B<small>OFF</small> & A<small>SSOCIATES</small>, C<small>HARTERED</small>
                        8401 Colesville Road, Suite 501
                        Silver Spring, Maryland 20910
                        (301) 495-3131    Office
                        (301) 587-1872    Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALFREDA HYSON                         *
2907 26TH Street, N.E.      *
Washington, DC 20018                  *
                                      *
    Plaintiff,       *
                                      *
    v.               *   Case No.: 1:08 cv 00979
                                      *   Judge Henry H. Kennedy
ARCHITECT OF THE CAPITOL              *
                                      *
                                      *
    Defendant.       *
* * * * * * * * * * * * * * * * * * *

## PROOF OF SERVICE ON ATTORNEY GENERAL, MICHAEL B. MUKASEY
## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Attorney General of the US
   Michael B. Mukasey, or
   his designated representative
   US Department of Justice
   950 Pennsylvania Ave
   NW
   Washington, DC
   20530-0001

2. Article Number (Transfer from service label): 7007 0710 0001 8890 2181

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [illegible]                   FEB 16 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540